# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2015-0509, <u>Ralph V. Furino & a. v. Arthur Hoover, Esq. & a.</u>, the court on May 26, 2016, issued the following order:**

Having considered the briefs, memoranda of law, and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See Sup. Ct. R.</u> 18(1). Accordingly, respondent David Dupont's motion to assign the case to a 3JX panel is denied. We affirm.

The petitioners, Ralph Furino, Jr., Donna M. Furino, and Anthony Furina, appeal the order of the Circuit Court (<u>Weaver</u>, J.), following a ten-day bench trial, denying their requests for relief relating to the Estate of Ann Jane Furina. They argue that the trial court erred by failing to: (1) rule that Anne Jane Furina (settlor) revoked her January 7, 2011 and October 4, 2012 wills by cancellation; (2) rule that the 2010 trust, the January 7, 2011 will, the January 7, 2011 amendment to the 2000 trust, and the October 4, 2012 will were induced by undue influence; (3) rule that the settlor revoked the 2010 trust and January 7, 2011 amendment to the 2000 trust either orally or by her October 4, 2012 "revocation letter"; (4) find that the settlor intended to revoke the 2010 trust and the January 7, 2011 amendment to the 2000 trust; (5) reform the 2010 trust and January 7, 2011 amendment to the 2000 trust based upon the settlor's allegedly mistaken factual assumptions; and (6) extend the discovery deadline and continue the trial by five months. They further argue that the trial court improperly relied, in part, upon allegedly irrelevant evidence in determining petitioner Ralph Furino's credibility, and that its decision was "improperly tainted" by comments from the New Hampshire Director of Charitable Trusts.

As the appealing parties, the petitioners have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the petitioners' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the petitioners have not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**